

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ROSA SERRANO D/B/A | | No. 08-13-00201-CV |
| THE LENS FACTORY, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | County Court at Law No. 7 |
| v. | § | |
| | | of El Paso County, Texas |
| PELLICANO BUSINESS PARK, L.L.C., | § | |
| | | (TC # 2012DCV06341) |
| Appellee. | § | |

## MEMORANDUM OPINION

Rosa Serrano d/b/a The Lens Factory is attempting to appeal an order removing a lien. Finding that this is not an appealable interlocutory order, we dismiss the appeal for want of jurisdiction and deny as moot Serrano's motion to reconsider her request for emergency relief.

Appellate courts generally have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable by statute. *See* TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West Supp. 2012); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.). Serrano is attempting to appeal an order vacating a lien entered pursuant to Section 53.160(e) of the Texas Property Code. *See* TEX.PROP.CODE ANN. § 53.160 (West Supp. 2012). Section 53.160(e) expressly prohibits an interlocutory appeal from the trial court's order. TEX.PROP.CODE ANN. § 53.160(e)("A party to the proceeding may not file an interlocutory appeal from the court's order."). We dismiss the appeal for lack of jurisdiction.

October 30, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.